# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID DOMINGO CHISAM,
                Appellant,

vs.

THE STATE OF NEVADA,
                Respondent.

No. 70395

**FILED**

DEC 12 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Stefany Miley, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. On limited remand, the district court has granted appellant's motion to correct an illegal sentence and has vacated the judgment of conviction that forms the basis of this appeal. The state has not appealed the district court's order. Cause appearing, we

ORDER this appeal DISMISSED.[1]

_____ C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

---

[1]Because no remittitur will issue in this matter, see NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726 (1) shall commence to run from the date of this order.

Appellant's motion to file an amended fast track statement is denied as moot.

16-38351

cc: Hon. Stefany Miley, District Judge
Clark County Public Defender
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk